IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| FRANK KAUER, AND ACCESS ASIA (H.K.) LIMITED, | CIVIL NO. 3:11-cv-330-RJC-DSC |
|---|---|
| Plaintiffs, | |
| v. | ORDER |
| NOSTALGIA PRODUCTS GROUP, LLC, | |
| Defendant. | |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Willmore F. Holbrow, III and Dennis G. Martin ]" (documents ##18 and 19) filed March 27, 2012. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: March 27, 2012

David S. Cayer
United States Magistrate Judge