# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FRANK KAUER, AND<br>ACCESS ASIA (H.K.) LIMITED,<br>    Plaintiffs,<br>v.<br>NOSTALGIA PRODUCTS GROUP, LLC,<br>    Defendant. | CIVIL NO. 3:11-cv-330-RJC-DSC<br><br>**ORDER** |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Willmore F. Holbrow, III and Dennis G. Martin ]" (documents ##18 and 19) filed March 27, 2012. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: March 27, 2012

David S. Cayer
United States Magistrate Judge